EDWARD J. KEENAN vs. MAYBROOK, INC., & others. Reported below: 40 Mass. App. Ct. 144 (1996).

WILLIAM LANGTON & another vs. COMMISSIONER OF CORRECTION & others. Reported below: 38 Mass. App. Ct. 1130 (1995).

ROLAND MARTINEAU vs. SALLY BUNCE-TURNER & another. Reported below: 40 Mass. App. Ct. 1106 (1996).

MASTERPIECE KITCHEN & BATH, INC. vs. PETER GORDON & another. Reported below: 40 Mass. App. Ct. 1109 (1996).

JOSEPH A. MESSERE vs. COMMISSIONER OF CORRECTION. Reported below: 40 Mass. App. Ct. 1109 (1996).

EDWIN R. ORWAT vs. CIVIL SERVICE COMMISSION & another. Reported below: 40 Mass. App. Ct. 1105 (1996).

CHARLES SMITH vs. TUFTS UNIVERSITY SCHOOL OF MEDICINE & others. Reported below: 40 Mass. App. Ct. 1109 (1996).


May 2, 1996

*Further appellate review granted:*

NORMAN TENOVSKY & another vs. ALLIANCE INSURANCE GROUP & others. Reported below: 40 Mass. App. Ct. 204 (1996).

*Further appellate review denied:*

A P EAST, INC. vs. BOARD OF ASSESSORS OF WESTBOROUGH (and two companion cases). Reported below: 40 Mass. App. Ct. 912 (1996).

COMMONWEALTH vs. JAMES KRICHKER. Reported below: 40 Mass. App. Ct. 1109 (1996).

COMMONWEALTH vs. NEIL J. MILLER. Reported below: 34 Mass. App. Ct. 1112 (1993).

COMMONWEALTH vs. DAVID A. SEQUEIRA (and a companion case). Reported below: 40 Mass. App. Ct. 1101 (1996).

COMMONWEALTH vs. RHADAMES V. SIBILIA. Reported below: 39 Mass. App. Ct. 1112 (1995).

COMMONWEALTH vs. GARY WALTER. Reported below: 40 Mass. App. Ct. 907 (1996).

IAG FEDERAL CREDIT UNION vs. BARRY J. LATERMAN & another. Reported below: 40 Mass. App. Ct. 116 (1996).

ANTHONY WILLIAM RAVOSA vs. NEIL ZAIS, individually and as trustee. Reported below: 40 Mass. App. Ct. 47 (1996). MR. JUSTICE GREANEY did not participate.

WILLIAM WHITE vs. WILMA WHITE. Reported below: 40 Mass. App. Ct. 132 (1996).


June 5, 1996

*Further appellate review denied:*

ADOPTION OF NICOLE. Reported below: 40 Mass. App. Ct. 259 (1996).

GERALD BAGLEY vs. CIVIL SERVICE COMMISSION & another. Reported below: 40 Mass. App. Ct. 1117 (1996).

ARTHUR J. BEATTY vs. JOSEPH DIMARIA & another. Reported below: 40 Mass. App. Ct. 1117 (1996).

L. PHILLIP BOUCHARD & others vs. CITY OF BEVERLY. Reported below: 40 Mass. App. Ct. 1114 (1996).

Orders.

EDWARD L. BRITT, trustee, *vs.* BOARD OF SELECTMAN OF BOURNE. Reported below: 40 Mass. App. Ct. 1113 (1996).

ELIZABETH CHANTHAVONG *vs.* CLYDE B. LONG, trustee. Reported below: 40 Mass. App. Ct. 1113 (1996).

CITY OF BOSTON *vs.* EVELYN DIAZ & another. Reported below: 40 Mass. App. Ct. 1106 (1996).

EDWARD G. CLEMENT, JR. *vs.* REV-LYN CONTRACTING COMPANY & another. Reported below: 40 Mass. App. Ct. 322 (1996).

COMMONWEALTH *vs.* ELIZER ALAMO. Reported below: 40 Mass. App. Ct. 1115 (1996).

COMMONWEALTH *vs.* MIGUEL ANDRADES. Reported below: 39 Mass. App. Ct. 1120 (1995).

COMMONWEALTH *vs.* LINDA CARROCCINO. Reported below: 40 Mass. App. Ct. 1110 (1996).

COMMONWEALTH *vs.* PHILLIP V. COELHO. Reported below: 40 Mass. App. Ct. 1114 (1996).

COMMONWEALTH *vs.* FRED M. DELLORFANO, JR. Reported below: 40 Mass. App. Ct. 1118 (1996).

COMMONWEALTH *vs.* RAYMOND DEVRIES. Reported below: 40 Mass. App. Ct. 1110 (1996).

COMMONWEALTH *vs.* STEVEN FOLEY. Reported below: 40 Mass. App. Ct. 1109 (1996).

COMMONWEALTH *vs.* DARRYL K. HALL. Reported below: 40 Mass. App. Ct. 1104 (1996).

COMMONWEALTH *vs.* ISAAC HERNANDEZ. Reported below: 40 Mass. App. Ct. 1115 (1996).

COMMONWEALTH *vs.* RONALD L. KNIGHT. Reported below: 40 Mass. App. Ct. 1113 (1996).

COMMONWEALTH *vs.* FRANK T. LENTINI. Reported below: 40 Mass. App. Ct. 1116 (1996).

COMMONWEALTH *vs.* SIXTO MARRERO. Reported below: 40 Mass. App. Ct. 1116 (1996).

COMMONWEALTH *vs.* TONY MARTIN. Reported below: 40 Mass. App. Ct. 1114 (1996).

COMMONWEALTH *vs.* DANIEL J. MOODY. Reported below: 40 Mass. App. Ct. 1111 (1996).

COMMONWEALTH *vs.* MICHAEL MORRISSETTE. Reported below: 40 Mass. App. Ct. 1113 (1996).

COMMONWEALTH *vs.* ROBERTO PAULINO. Reported below: 40 Mass. App. Ct. 1116 (1996).

COMMONWEALTH *vs.* HECTOR L. RIVERA. Reported below: 40 Mass. App. Ct. 308 (1996).

COMMONWEALTH *vs.* MARK A. RIVERA. Reported below: 40 Mass. App. Ct. 1109 (1996).

COMMONWEALTH *vs.* ESTELLA RODRIGUEZ. Reported below: 40 Mass. App. Ct. 1113 (1996).

COMMONWEALTH *vs.* JAVIER SANCHEZ. Reported below: 40 Mass. App. Ct. 1118 (1996).

COMMONWEALTH *vs.* DONALD E. SAVINI. Reported below: 40 Mass. App. Ct. 1116 (1996).

COMMONWEALTH *vs.* JOSEPH SICILIANO. Reported below: 40 Mass. App. Ct. 1114 (1996).

Orders.

COMMONWEALTH vs. ANIBAL VAQUILLA SOLLIVAN. Reported below: 40 Mass. App. Ct. 284 (1996).

COMMONWEALTH vs. WESTON J. STOW. Reported below: 39 Mass. App. Ct. 1123 (1996).

COMMONWEALTH vs. CLAUDIO N. TAVAREZ. Reported below: 40 Mass. App. Ct. 1110 (1996).

COMMONWEALTH vs. JOHN TRUDEAU. Reported below: 40 Mass. App. Ct. 1112 (1996).

MATTHE CROTEAU vs. PLANNING BOARD OF HOPKINTON. Reported below: 40 Mass. App. Ct. 922 (1996).

FRAMINGHAM SAVINGS BANK vs. STEVEN TURK & another. Reported below: 40 Mass. App. Ct. 384 (1996). MR. JUSTICE WILKINS did not participate.

MARIO GUZZO vs. CIVIL SERVICE COMMISSION. Reported below: 40 Mass. App. Ct. 1113 (1996).

ROY W. HAMLIN vs. DEPARTMENT OF SOCIAL SERVICES. Reported below: 40 Mass. App. Ct. 1116 (1996).

EDWARD S. LYKUS vs. COMMISIONER OF CORRECTION & another. Reported below: 40 Mass. App. Ct. 1113 (1996).

JOSEPHINE MACKNESS vs. ROBERT E. VERVILLE. Reported below: 40 Mass. App. Ct. 1113 (1996).

LINDA MAYER, administratrix, vs. MEDICAL MALPRACTICE JOINT UNDERWRITING ASSOCIATION OF MASSACHUSETTS. Reported below: 40 Mass. App. Ct. 266 (1996). MR. JUSTICE WILKINS did not participate.

MEZZANINE CAPITAL CORPORATION vs. COMMISSIONER OF REVENUE. Reported below: 40 Mass. App. Ct. 56 (1996).

JAMES F. O'LEARY & another vs. THOMAS C. EGAN. Reported below: 40 Mass. App. Ct. 1112 (1996).

PEOPLES HERITAGE SAVINGS BANK vs. JOHN P. CONROY. Reported below: 40 Mass. App. Ct. 1114 (1996).

EUGENE RECTOR, petitioner. Reported below: 40 Mass. App. Ct. 1103 (1996).

ELADIO RIOS's (DEPENDANT's) CASE Reported below: 40 Mass. App. Ct. 1114 (1996).

SURPLUS MARKETING SERVICES INSURANCE AGENCY, INC. vs. MARSH & MCLENNAN, INC. Reported below: 40 Mass. App. Ct. 1117 (1996).

T.K. vs. DEPARTMENT OF SOCIAL SERVICES. Reported below: 40 Mass. App. Ct. 1114 (1996). MR. JUSTICE FRIED did not participate.


June 11, 1996

*Further appellate review granted:*

JULIE BERMANT & another vs. BOARD OF SELECTMEN OF BELCHERTOWN & others. Reported below: 40 Mass. App. Ct. 1116 (1996).

COMMONWEALTH vs. DAVID P. CURTISS. Reported below: 40 Mass. App. Ct. 350 (1996).

HANOVER INSURANCE COMPANY vs. MATTHEW D. SHEDD, individually and as administrator, & another. Reported below: 40 Mass. App. Ct. 1112 (1996).

HARRON COMMUNICATIONS CORPORATION vs. TOWN OF BOURNE & another. Reported below: 40 Mass. App. Ct. 83 (1996).

KA-HUR ENTERPRISES, INC. vs. ZONING BOARD OF APPEALS OF PROVINCETOWN. Reported below: 40 Mass. App. Ct. 71 (1996).